**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:

**WILLIAM J. CRIPPS**

Debtor

CASE NO. **12-79073-JEM**

CHAPTER 7

**CHAPTER 7 DIVIDEND DISTRIBUTION REPORT**

The approved final distributions in the above styled case are:

Chapter 7 administrative expenses:

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---:|---:|---:|
| MARTHA A. MILLER, Trustee | $749.81 | $11.06 | $760.87 |

General Unsecured Claims:

| CLAIMANT | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT |
|---|---:|---:|
| DISCOVER BANK | $19,340.31 | $162.98 |
| COMMUNITY & SOUTHERN BANK | $102,221.20 | $861.46 |
| COMMUNITY & SOUTHERN BANK | $131,599.09 | $1,109.04 |
| FIA CARD SERVICES, N.A. | $7,271.14 | $61.28 |
| CAPITAL ONE, N.A. | $320.23 | $2.70 |

**TOTAL AMOUNT DISTRIBUTED ON THIS REPORT: $2,958.33**

Prepared by:                                                  Reviewed and approved by:


  /s/ Martha A. Miller                                        Guy G. Gebhardt, Acting U.S. Trustee
Martha A. Miller                                              United States Trustee, Region 21
Chapter 7 Trustee
Georgia Bar No. 507950
260 Peachtree Street, N.W.                                    s/ Jeneane Treace
Suite 2700                                                    R. Jeneane Treace
Atlanta, GA 30303-1240                                        Georgia Bar Number 716620
(404) 688-6800                                                United States Department of Justice

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404)331-4437
jeneane.treace@usdoj.gov